# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

143281 & (83)

TOLL NORTHVILLE LP and BILTMORE
WINEMAN, L.L.C.,
          Petitioners-Appellants,

v

TOWNSHIP OF NORTHVILLE,
          Respondent-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143281
COA: 301043
Tax Tribunal: 00-284952

_____/

On order of the Court, the application for leave to appeal the May 31, 2011 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the Court of Appeals correctly held that the Michigan Tax Tribunal had no jurisdiction to reduce an unconstitutional increase in the taxable value of property if the improperly increased taxable value was not challenged in the year of the increase.

The motion of the Michigan Association of Realtors for leave to file brief amicus curiae is GRANTED. Other persons or groups interested in the determination of this issue may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

t0921